**Donald B. NASH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42013.**

Missouri Court of Appeals,
Western District.

Nov. 14, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied
Feb. 13, 1990.

Sean D. O'Brien, Public Defender, Kansas City, John L. Vohs, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, William J. Swift, Asst. Atty. Gen., for respondent.

Before NUGENT, C.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of Rule 29.15 motion or postconviction relief.

Affirmed. Rule 84.16(b).